

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2017

No. 04-16-00791-CR

Margaret L. **KNOBLAUCH,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10598
Honorable Lori I. Valenzuela, Judge Presiding

**O R D E R**

On May 2, 2017, this Court abated this appeal and ordered the trial court to conduct a hearing to determine whether appellant should be appointed counsel. On May 16, 2017, the clerk filed a supplemental clerk's record with the trial court's appointment of new counsel and findings of fact and conclusions of law. The supplemental clerk's record reflects Justin Fischer was appointed as appellate counsel.

Therefore, on May 25, 2017, this Court reinstated this appeal and ordered appellant's brief to be filed on or before June 23, 2017. Appellant's brief has not been filed. **We, therefore, ORDER Justin Fischer to file appellant's brief within fifteen (15) days of the date of this order.** *See* **TEX. R. APP. P. 9.2(c)(4). NO EXTENSIONS OF TIME WILL BE GRANTED.**

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk